1
2
3
4
5
6
7
8                 **IN THE UNITED STATES DISTRICT COURT**
9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11 IVAN VON STAICH,                No. 2:07-cv-0171-MCE-CMK-P
12           Petitioner,
13      vs.                     <u>ORDER</u>
14 CALIFORNIA BOARD OF
    PRISON HEARINGS, et al.,
15           Respondents.
16
17 _____/

18       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus

19 pursuant to 28 U.S.C. § 1651(a).   The matter was referred to a United States Magistrate Judge

20 pursuant to Eastern District of California local rules.

21       On February 1, 2007, the magistrate judge filed findings and recommendations herein

22 which were served on the parties and which contained notice that any objections to the findings

23 and recommendations were to be filed within 20 days.  Timely objections to the findings and

24 recommendations have been filed.

25 / / /

26 / / /

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2    this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

3    the court finds the findings and recommendations to be supported by the record and by proper

4    analysis.

5            Accordingly, IT IS HEREBY ORDERED that:

6    1.      The findings and recommendations filed February 1, 2007, are adopted in full;

7    2.      This action is dismissed without prejudice; and

8    3.      The Clerk of the Court is directed to enter judgment and close this file.

9    Dated:  February 28, 2007

10

11                                               MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2